JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORS GYENE and ROZSA GYENE,<br><br>Plaintiffs,<br><br>vs.<br><br>STEWARD FINANCIAL, INC., a.k.a. STEWARD INVESTMENTS, INC., WELLS FARGO BANK, N.A., AMERICA'S SERVICING COMPANY, OCWEN LOAN SERVICING, LLC, FIRST AMERICAN TITLE INSURANCE COMPANY, MORTGAGE ELECTRONIC REGISTRATION SYSTEM (MERSCorp),<br><br>Defendants. | Case No.  CV12-4355 DSF (AJWx)<br><br>**JUDGMENT** |

The Court having issued an Order on January 11, 2013, granting a Motion to Dismiss by Defendants Wells Fargo Bank, N.A. and Ocwen Loan Servicing, LLC and remanding Plaintiffs' remaining California law claims against Defendant Steward Financial, Inc., to the Superior Court of California, Los Angeles County,

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiffs take nothing, that the case be dismissed with prejudice, and that the claims against Wells Fargo

1 | Bank, N.A., doing business as America's Servicing Company, and Ocwen Loan
2 | Servicing, LLC be dismissed with prejudice.

Dated: 1/11/13

By: *Dale S. Fischer*

Hon. Dale S. Fischer
United States District Judge